# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Remi Laba, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00316-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Stephen Keith Copeland | ) | |
| Kerr Putney | | |
| City of Charlotte, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 13, 2016 Order.

October 13, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court